UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT BESSEY, ALVARO HERNANDEZ,
CHRISTOPHER BACON, BRANDON MEDLEY,
JOHN DOUGLAS MARTENS, ROSA BALBOA,
ANTONIO DE LEON, SEAN HONEYSETT,
JOSE INTERIANO, SERGIO GALLEGOS,
JUAN VELEZ, and ANDREA GARCIA,
on behalf of themselves and all other         Case No. 4:06-cv-95
similarly situated individuals,
                                              Hon. Wendell A. Miles
        Plaintiffs,

v

PACKERLAND PLAINWELL, INC.,
PACKERLAND PACKING COMPANY, INC.,
Delaware corporations who are subsidiaries of the
Smithfield Beef Group, Inc.

        Defendants.
_____/

### SUPPLEMENTAL ORDER ON PLAINTIFFS' REQUEST FOR COURT APPROVAL OF AN INCENTIVE AWARD TO BE PAID TO EACH OF THE TWELVE NAMED PLAINTIFFS

In its Opinion and Order entered on October 26, 2007, the court denied – without prejudice – plaintiffs' request for court of approval of an incentive award of $250 each to the named plaintiff class representatives, to be paid from the approved settlement fund. The court also permitted plaintiffs to file a memorandum supporting their request for approval of the incentive awards. Plaintiffs have filed their memorandum.

Upon due consideration, the court grants plaintiffs' request for approval of an incentive award of $250 to each of the named plaintiff class representatives.  The court finds that this amount is fair and reasonable, and adequately compensates each of the named plaintiffs for the risks incurred and time expended in successfully prosecuting this action.   The payments, totaling $3,000, shall be made from the settlement fund already approved by the court.

Entered this 20th day of November, 2007.

 /s/ Wendell A. Miles
Wendell A. Miles, Senior Judge